In re **James E. Jones, Jr.**                                    Case No. **11-80158**

                                                                            (if known)

*AMENDED 3/25/2011*
## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br><br>**National Sales Company**<br>**P.O. Box 141**<br>**DeRidder, LA 70634** | | - | DATE INCURRED:<br>NATURE OF LIEN:<br>**Automobile**<br>COLLATERAL:<br>**Automobile: 2001 GMC Van**<br>REMARKS:<br><br>VALUE: $3,500.00 | | | | $2,100.00 | |
| ACCT #: **xxxxxxx6780**<br><br>**Tower Loan**<br>**Pob 320001**<br>**Flowood, MS 39232** | | - | DATE INCURRED: **12/16/2009**<br>NATURE OF LIEN:<br>**Secured**<br>COLLATERAL:<br>**Household Goods and Furnishings**<br>REMARKS:<br>**Over 90 days old pay value.**<br><br>VALUE: $3,300.00 | | | | $4,100.00 | $800.00 |
| **Representing:**<br>**Tower Loan** | | | **Rogers & Hearne, Attorneys**<br>**Kevin Payne Attorney for Tower**<br>**POB 7235**<br>**Shreveport, LA 71137-7235** | | | | Notice Only | Notice Only |
| | | | | | | | | |
| | | | Subtotal (Total of this Page) > | | | | $6,200.00 | $800.00 |
| | | | Total (Use only on last page) > | | | | $6,200.00 | $800.00 |
| _____**No**_____ continuation sheets attached | | | | | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

In re **James E. Jones, Jr.**           Case No.   **11-80158**

                                                                                                                                                               (If Known)

*AMENDED 3/25/2011*

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

☑ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

*\* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

      **2**       continuation sheets attached

*AMENDED 3/25/2011*

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

**TYPE OF PRIORITY**   Taxes and Certain Other Debts Owed to Governmental Units

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCT #: **1593** <br> **IRS** <br> **Centralized Insolvency Operations** <br> **POB 7346** <br> **Philadelphia, PA 19101-7346** | | - | DATE INCURRED: **2007** <br> CONSIDERATION: <br> **2007 Federal Taxes** <br> REMARKS: | | | | $725.07 | $725.07 | $0.00 |
| **Representing:** <br> **IRS** | | | IRS - Insolvency <br> 1555 Poydras St, Ste 220 <br> Stop 31 <br> New Orleans, La 70112 | | | | Notice Only | Notice Only | Notice Only |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Sheet no. ____**1**____ of ____**2**____ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | Subtotals (Totals of this page) > | $725.07 | $725.07 | $0.00 |
|---|---|---|---|---|
| | **Total >** <br> (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | | | |
| | **Totals >** <br> (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | |

*AMENDED 3/25/2011*
## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Administrative allowances |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCT #: <br>**David J. Klann, Attorney** <br>**607 S. 5th Street** <br>**Leesville, LA 71446** | | - | DATE INCURRED: **02/01/2011** <br>CONSIDERATION: <br>**Attorney Fees** <br>REMARKS: | | | | $2,800.00 | $2,800.00 | $0.00 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Sheet no. \_\_\_**2**\_\_\_ of \_\_\_**2**\_\_\_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | Amount of Claim | Amount Entitled | Amount Not |
|---|---|---|---|
| **Subtotals (Totals of this page) >** | $2,800.00 | $2,800.00 | $0.00 |
| **Total >** <br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $3,525.07 | | |
| **Totals >** <br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $3,525.07 | $0.00 |

B6F (Official Form 6F) (12/07)

In re **James E. Jones, Jr.**        Case No. **11-80158**
(if known)

*AMENDED 3/25/2011*

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **xxx5667**<br>**City Savings Bank & Trust**<br>**301 N Pine**<br>**Deriddee, LA 70634** | | - | DATE INCURRED: **05/2007**<br>CONSIDERATION:<br>**Deposit Related**<br>REMARKS:<br>**Charge Off for $147 on 11/07**<br>**Account Closed By Grantor** | | | | $147.00 |
| ACCT #: **xxxxxxxxxxx7378**<br>**First Premier Bank**<br>**3820 N Louise Ave**<br>**Sioux Falls, SD 57107** | | - | DATE INCURRED: **07/2009**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS:<br>**Charge Off for $457 on 01/10**<br>**Account Closed By Grantor** | | | | $457.00 |
| ACCT #: **xxxxxx0401**<br>**Harbor Loans**<br>**1804 A South 5th St**<br>**Leesville, LA 71496** | | - | DATE INCURRED: **04/06/2010**<br>CONSIDERATION:<br>**Non-Purchase Money**<br>REMARKS:<br>**Charge Off for $414**<br>**Account Closed By Grantor** | | | | $414.00 |
| ACCT #: **xxxx5714**<br>**Nco Fin/09**<br>**507 Prudential Rd**<br>**Horsham, PA 19044** | | - | DATE INCURRED: **09/2006**<br>CONSIDERATION:<br>**Collection Attorney**<br>REMARKS:<br>**Collecting for: Directv** | | | | $347.00 |
| ACCT #: **xxxxx0498**<br>**Security Finance**<br>**Attn: Bankruptcy**<br>**PO Box 1893**<br>**Spartanburg, SC 29304** | | - | DATE INCURRED: **11/15/2010**<br>CONSIDERATION:<br>**Non-Purchase Money**<br>REMARKS:<br>**Current Account** | | | | $1,120.00 |
| ACCT #: **xxxxxx6780**<br>**Tower Loan**<br>**Pob 320001**<br>**Flowood, MS 39232** | | - | DATE INCURRED: **12/16/2009**<br>CONSIDERATION:<br>**Non-Purchase Money**<br>REMARKS:<br>**Unsecured portion of secured loan.** | | | | $800.00 |
| | | | | | | Subtotal > | $3,285.00 |
| | | | Total ><br>(Use only on last page of the completed Schedule F.)<br>(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | | | |

_____1_____ continuation sheets attached

03/25/2011 02:30:46pm

B6F (Official Form 6F) (12/07) - Cont.
In re **James E. Jones, Jr.**  Case No. **11-80158**
(if known)

*AMENDED 3/25/2011*
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **xxxxxxx8401**<br>**World Finance Company**<br>**1768 S 5th Street**<br>**Leesville, LA 71446** | | - | DATE INCURRED: **03/01/2002**<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS:<br>**Refinanced**<br>**Account Closed**<br>**ACCOUNT TRANSFERRED** | | | | **Notice Only** |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Sheet no. __1__ of __1__ continuation sheets attached to  
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >** $0.00

**Total >** $3,285.00  
(Use only on last page of the completed Schedule F.)  
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

In re **James E. Jones, Jr.**      Case No. **11-80158**

Chapter **13**

*AMENDED 3/25/2011*
# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | No | 1 | $0.00 | | |
| B - Personal Property | No | 4 | $5,755.00 | | |
| C - Property Claimed as Exempt | No | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $6,200.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | $3,525.07 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 2 | | $3,285.00 | |
| G - Executory Contracts and Unexpired Leases | No | 1 | | | |
| H - Codebtors | No | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 1 | | | $2,480.39 |
| J - Current Expenditures of Individual Debtor(s) | No | 1 | | | $2,230.39 |
| TOTAL | | 16 | $5,755.00 | $13,010.07 | |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

In re **James E. Jones, Jr.**  Case No. **11-80158**

Chapter **13**

*AMENDED 3/25/2011*

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $725.07 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $0.00 |
| Student Loan Obligations (from Schedule F) | $0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $0.00 |
| TOTAL | $725.07 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $2,480.39 |
| Average Expenses (from Schedule J, Line 18) | $2,230.39 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $3,001.87 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $800.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $3,525.07 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $0.00 |
| 4. Total from Schedule F | | $3,285.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $4,085.00 |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re **James E. Jones, Jr.**  Case No. **11-80158**
(if known)

*AMENDED 3/25/2011*
## DECLARATION CONCERNING DEBTOR'S SCHEDULES
### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **8** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **3/25/2011**  Signature **/s/ James E. Jones, Jr.**
  **James E. Jones, Jr.**

Date _____  Signature _____

[If joint case, both spouses must sign.]

_Penalty for making a false statement or concealing property:_ Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

IN RE: **James E. Jones, Jr.**  CASE NO. **11-80158**

CHAPTER **13**

## Certificate of Service

CERTIFICATE OF SERVICE

CHAPTER 13 BANKRUPTCY CASE MEETING OF THE CREDITORS & DEADLINES. I certify that I have served a copy of the debtor's 1st Pre-Confirmation Modification, Amended Schedules D, E, F, Summary of Schedules & Declaration of Schedules 1st class, postage prepaid on the following interested parties, on this 25th day of March, 2011.

I also certify that I have served a copy of the debtor's NOTICE OF CHAPTER 13 BANKRUPTCY CASE FILING by 1st class, postage prepaid on the following interested parties, on this 25th day of March, 2011.

U. S. Trustee
Via electronic means

Jon C. Thornburg
Chapter 13 Trustee
PO Box 1991
Alexandria, LA 71309

IRS
Centralized Insolvency Operations
POB 7346
Philadelphia, PA 19101-7346

IRS - Insolvency
1555 Poydras St, Ste 220
Stop 31
New Orleans, La 70112

Rogers & Hearne, Attorneys
Kevin Payne Attorney for Tower
POB 7235
Shreveport, LA 71137-7235

Date: **3/25/2011**        /s/ David J. Klann
             **David J. Klann**
             Attorney for the Debtor(s)

James E. Jones, Jr.
174 Lonnie Jean Loop
Leesville, LA 71446