**DONE and SIGNED April 28, 2011.**



*Henley C. Hunter* (signature)
**HENLEY A. HUNTER**
**UNITED STATES BANKRUPTCY JUDGE**

___

### UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF LOUISIANA
### ALEXANDRIA DIVISION

In re: James E. Jones, Jr.   Bankruptcy Case No: 11-BK-80158

SSN (1): XXX-XX-1593

### ORDER CONFIRMING CHAPTER 13 PLAN

The debtor's plan was filed on February 2, 2011 and was modified on March 25, 2011. A summary of the plan or a summary of the final modification of the plan was transmitted to the creditors under Bankruptcy Rule 3015. The court finds that the plan meets the requirements of 11 U.S.C. § 1325.

IT IS ORDERED THAT: The debtor's Chapter 13 plan is confirmed with the following provisions:

1. **Payments**

   | | |
   |---|---|
   | Amount of each monthly plan payment | $250.00 total paid in 1 month; then $250.00 per month for 43 months beginning April 2011 |
   | Due date of each monthly plan payment | on the 4th of each month |
   | Period of payments | 44 months |

   Payable to:
   Jon C. Thornburg, Standing Trustee
   Post Office Box 279
   Memphis, TN 38101-0279

   Payroll Deduction:
   ☒ Unless previously ordered, the debtor's employer is ordered to deduct payments from the debtor's earnings, draw checks in the name of the Standing Trustee, and mail the same to the Standing Trustee on or before each due date under order of this Court

   ☐ No payroll deduction is ordered.

2. **Special Provisions:**
   ☐ A 30 day-drop-dead provision on all future plan payments.
   ☐ A 60 day-drop-dead provision on all future plan payments.

3. **Attorney's Fees:**
   The debtor's attorney is awarded a fee in the amount of $2800.00, of which $2800.00 is due and payable from the Bankruptcy Estate. The debtor's attorney is also awarded a fee in the amount of $0.00 for the modification listed above per fee application. In addition, the debtor's attorney is awarded a fee in the amount of 0.00 for filing fees.

4. **Other Provisions:**
   ☐ In addition to the above payments, debtor(s) pledge and shall turn over to the Chapter 13 Trustee as additional disposable income any Federal and/or State income tax refunds received during the first three (3) years of the plan or to be received for the tax years , , and LESS AND SUBJECT to any standing Order of other right of set-off, and LESS AND EXCEPT earned income credit (EIC) which debtor(s) are entitled.

   ☒ No tax pledge is required.

   ###

```
                              United States Bankruptcy Court
                               Western District of Louisiana
In re:                                                              Case No. 11-80158-HAH
James E. Jones                                                      Chapter 13
        Debtor
                                  CERTIFICATE OF NOTICE
District/off: 0536-1          User: joneal                 Page 1 of 1                  Date Rcvd: Apr 28, 2011
                              Form ID: pdf4                Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 30, 2011.
db           +James E. Jones, Jr.,    174 Lonnie Jean Loop,    Leesville, LA 71446-6963

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 30, 2011**                    **Signature:**    *Joseph Speetjens*